**CRITCHLEY, KINUM & LURIA, LLC**
Amy Luria, Esq. (#03400200525)
75 Livingston Avenue, Suite 303
Roseland, New Jersey 07068
(973) 422-9200
*Attorneys for Defendant Jennifer Johnson*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CC FORD GROUP, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JENNIFER JOHNSON,<br><br>　　　　　　Defendant. | CIVIL ACTION NO.: 3:22-cv-04143<br><br>**CERTIFICATE OF SERVICE** |

　　　I hereby certify that I am a partner in the law firm of Critchley, Kinum & Luria, LLC, attorneys for Defendant Jennifer Johnson in the above captioned matter. On the 17th day of June 2022, I caused the foregoing Notice of Removal to be filed with the Clerk of the Court for the United States District Court for the District of New Jersey via the Court's CM/ECF system.

　　　A courtesy copy of the Notice of Removal was sent by e-mail and Lawyers Service to Plaintiff's counsel as follows:

**Vito A. Gagliardi, Jr., Esq.**
VAGagliardi@pbnlaw.com
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
Morristown, NJ 07962-1997

**Weston J. Kulick, Esq.**
WJKulick@pgnlaw.com
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
Morristown, NJ 07962-1997

A courtesy copy of the Notice of Removal was sent by Lawyers Service to:

**Clerk's Office**
Superior Court of New Jersey
Somerset County, Law Division
20 North Bridge Street
Somerville, NJ 08876-1262

CRITCHLEY, KINUM & LURIA, LLC
Attorneys for Defendant Jennifer Johnson

*/s/ Amy Luria*
By: AMY LURIA, ESQ.

Dated: June 17, 2022