ORDER



**Steven I. Adler, Esq.**
Mandelbaum Barrett PC
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
sadler@mblawfirm.com
d: 973.243.7930
f: 973.325.7467

August 30, 2022

<u>Via ECF</u>
Honorable Douglas E. Arpert, U.S.M.J.
United States District Court,
District of New Jersey Trenton
Clarkson S. Fisher Federal Building & U.S. Courthouse
Room 6000
402 E. State Street
Trenton, NJ 08608

        **RE:**    **CC Ford Group, LLC v. Jennifer Johnson**
              <u>Civil Action No. 3:22-cv-04143</u>

Dear Judge Arpert:

     This law firm has recently substituted in to become counsel of record for Plaintiff in place of the Porzio firm.

**GRANTED**

     On Friday, August 26, 2022, we filed a letter <u>requesting that Your Honor grant a thirty (30) day extension to file an Amended Complaint</u> (ECF No. 5 attached hereto). At that time, we requested consent of defense counsel Amy Luria, Esq., but had not heard back. Later that same day we received an email from Ms. Luria who was kind enough to consent to our request.

     We respectfully request that Your Honor grant this extension by so ordering this letter or we would be happy to submit a form of order. Thank you for the courtesies shown to counsel.

                                        Respectfully submitted,

                                        */s/ Steven I. Adler*
                                        Steven I. Adler

cc. Amy Luria, Esq. (Via ECF)

                                          IT IS SO ORDERED
                                        this 31st day of August 2022

                                        s/Douglas E. Arpert, U.S.M.J.

4864-0529-4896, v. 1