

**Steven I. Adler, Esq.**
Mandelbaum Barrett PC
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
sadler@mblawfirm.com
d:  973.243.7930
f: 973.325.7467

September 23, 2022

<u>**Via E-Mail ECF**</u>
The Hon. Michael A. Shipp, U.S.D.J.
United States District Court
Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      **Re:**  **CC Ford Group West, LLC v. Johnson et al.**
         **Case No. 3:22-cv-04143-MAS-DEA**

Dear Judge Shipp:

  This law firm represents Plaintiff in the above-referenced matter.

  In response to Your Honor's text order from yesterday, the undersigned is unavailable on Monday, September 26, 2022 due to the Jewish holiday.  Mr. Slarskey is unavailable on Tuesday, September 27th but all counsel are available any time on Wednesday September 28th prior to 3:30 p.m.  Hopefully, Your Honor has time to hear this matter that day.  If not, we will check on defense counsels' availability for Thursday or Friday, but Plaintiff would like the matter heard as soon as possible.  Thank you for the courtesies shown to counsel.

            Very truly yours,

            <u>*/s/ Steven I. Adler*</u>
            Steven I. Adler, Esq.

SIA/lg

cc:  Amy D. Luria, Esq. (via ECF)
    David Slarskey, Esq. (via E-Mail)