## CRITCHLEY, KINUM & LURIA, LLC

ATTORNEYS AT LAW
75 LIVINGSTON AVENUE – SUITE 303
ROSELAND, NEW JERSEY 07068

MICHAEL CRITCHLEY
MICHAEL CRITCHLEY, JR.
CHRISTOPHER W. KINUM
AMY LURIA
_____
ARMANDO B. SUÁREZ

(973) 422 - 9200
(973) 422 – 9700 fax
www.critchleylaw.

September 28, 2022

**By ECF Filing**
Hon. Michael A. Shipp
United States District Court
District of New Jersey
United States Courthouse
402 East State St., Room 2020
Trenton, NJ 08608

*Re: CC Ford Group, LLC v. Johnson*, **22-cv-04143-MAS-DEA**

Dear Judge Shipp:

Along with Slarskey LLC, we represent Defendant Jennifer Johnson and Project Velocity, Inc. in connection with the above-referenced dispute (the "Action").

We write to advise the Court of the following:

1) Ms. Johnson's Linkedin profile has been updated to indicate clearly that she departed CC Ford Group West in March 2022; and

2) Ms. Johnson is sending to Mr. Adler, via FedEx, the laptop referenced by Mr. Adler at today's conference.

We thank the Court for the Court's time and attention to this matter.

Respectfully submitted,

*/s/ Amy Luria*
Amy Luria
Critchley, Kinum & Luria, LLC

*/s/ David Slarskey*
David Slarskey
Slarskey LLC
420 Lexington Avenue, Suite 2525
New York, NY  10170
(212) 658-0661