**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON                                              **DATE:** SEPTEMBER 28, 2022

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:** SHANNAN GAGLIARDI

**TITLE OF CASE:**                                               **DOCKET # 3:22-CV-4143**
CC FORD GROUP, LLC
       vs.
JENNIFER JOHNSON, *et al.*

**APPEARANCES:**
Steven Adler, Esq for Plaintiff
Amy Luria, Esq. and David Slarskey, Esq. for Defendants Jennifer Johnson and Project Velocity, Inc.

**NATURE OF PROCEEDINGS:**
Telephone Conference held.
A briefing schedule for the Motion for Order to Show Cause filed by Plaintiff (ECF Nos. [9]–6) was set as follows: Defendants' opposition is due October 7, 2022; Plaintiff's reply is due October 14, 2022.

Time Commenced: 11:06 AM
Time Adjourned: 11:33 AM
Total Time:           27 min

                                                                s/ Jair Bodnar
                                                                **DEPUTY CLERK**