UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CC FORD GROUP WEST, LLC,            :
                                        :

                        Plaintiff,    :    Civil Action No. 3:22-cv-04143

             v.                      :
                                        :    **STIPULATION AND [PROPOSED]**

JENNIFER JOHNSON, CARRIE BICKING,    :    **ORDER EXTENDING TIME TO**
BETH WEILER, PROJECT VELOCITY, INC.,    :    **ANSWER, MOVE OR OTHERWISE**
AND JOHN DOES 1-10                      :    <u>**PLEAD**</u>
                                        :

                        Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, Plaintiff filed its Verified Amended Complaint with the Court on September 20, 2022 (Doc. 9), and on that same date moved the Court to issue a temporary restraining order against Defendants (the "TRO Application"); and

WHEREAS, pursuant to Order of the Court, Defendants on October 7, 2022 served their Opposition to Plaintiff's TRO Application; and

WHEREAS, in the interest of efficiency for the parties and the Court, the parties have agreed that Defendants' response to the Verified Amended Complaint should be adjourned through the earlier of twenty (20) days after the Court (i) hears oral argument on Plaintiff's TRO Application or (ii) decides the TRO Application (*i.e.*, the "Reference Date");

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 15 of the Federal Rules of Civil Procedure, that Defendants time to answer, move, or otherwise respond to the Amended Complaint is extended to the twentieth day following the Reference Date.

DATED:  Roseland, New Jersey
           October 10, 2022

**MANDELBAUM BARRETT PC**


By: */s/ Steven I. Adler*
Steven I. Adler
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
(973) 243-7930
sadler@mblawfirm.com
*Counsel for Plaintiff*

DATED:  Roseland, New Jersey
           October 10, 2022

**CRITCHLEY, KINUM & LURIA, LLC**


By: */s/ Amy Luria*
Amy Luria
75 Livingston Ave.
Roseland, NJ 07068
(973) 422-9200
aluria@critchleylaw.com
*Counsel for Defendants Jennifer Johnson and Project Velocity Inc.*


SO ORDERED


_____
Shipp, Michael A., U.S.D.J.