**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:**  TRENTON                                             **DATE:** OCTOBER 24, 2022

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:**  SHANNAN GAGLIARDI

**TITLE OF CASE:**                                               **DOCKET # 3:22-CV-4143**
CC FORD GROUP, LLC
    vs.
JENNIFER JOHNSON, *et al.*

**APPEARANCES:**
Steven Adler, Esq. for Plaintiff
Amy Luria, Esq. and David Slarskey, Esq. for Defendants Jennifer Johnson and Project Velocity, Inc.
William O'Connor, Esq. for Defendants Carrie Bicking and Beth Weiler

**NATURE OF PROCEEDINGS:**
Telephone Conference held.
ORDERED Application for an Order to Show Cause is DENIED.
Order to issue.

Time  Commenced:  2:47  PM
Time  Adjourned:   2:59  PM
Total Time:            12 min

                                                                         s/ Jair Bodnar
                                                                        **DEPUTY CLERK**