UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CC FORD GROUP WEST, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER JOHNSON, *et al.*,<br><br>Defendants. | Civil Action No. 22-4143 (MAS) (DEA)<br><br>**ORDER** |

This matter comes before the Court on CC Ford Group West, LLC's ("Plaintiff") Application for an Order to Show Cause. (ECF No. 9.) The Court held oral argument and set a schedule for additional briefing during a telephone status conference on September 28, 2022. (ECF No. 15.) Defendants Jennifer Johnson ("Johnson") and Project Velocity, Inc. ("Project Velocity") responded to the Application for an Order to Show Cause (ECF No. 20) and Plaintiff replied (ECF No. 28). Defendants Carrie Bickering and Beth Weiler then submitted correspondence indicating their desire to join the arguments of Defendants Johnson and Project Velocity. (ECF No. 27.) On October 24, 2022, the Court held a telephone status conference to resolve the Application for an Order to Show Cause. For the reasons set forth in the Court's telephone status conference on October 24, 2022, and for other good cause shown,

IT IS on this 25th day of October 2022 **ORDERED** that:

1. Plaintiff's Application for an Order to Show Cause is **DENIED**.

                                                   _/s/ Michael A. Shipp_
                                                   MICHAEL A. SHIPP
                                                   UNITED STATES DISTRICT JUDGE