# CRITCHLEY, KINUM & LURIA, LLC

ATTORNEYS AT LAW
75 LIVINGSTON AVENUE - SUITE 303
ROSELAND, NEW JERSEY 07068

MICHAEL CRITCHLEY
MICHAEL CRITCHLEY, JR.
CHRISTOPHER W. KINUM
AMY LURIA
_____

ARMANDO B. SUÁREZ

(973) 422 - 9200
(973) 422 – 9700 fax
www.critchleylaw.com

December 15, 2022

**By ECF Filing**

Hon. Michael A. Shipp
United States District Court
District of New Jersey
United States Courthouse
402 East State St., Room 2020
Trenton, NJ 08608

                Re: *CC Ford Group, LLC v. Johnson*, 22-cv-04143-MAS-DEA

Dear Judge Shipp:

      Along with Slarskey LLC, we represent Defendants Jennifer Johnson and Project Velocity, Inc. in connection with the above-referenced matter. We write to respectfully request that Plaintiff's Motion to Dismiss Certain Counterclaims (ECF # 33) be moved one motion cycle, and that the due dates for the opposition to and the reply in support be moved as follows:

    1)  January 4, 2022, for the opposition; and

    2)  January 13, 2022, for the reply.

    Counsel for Plaintiff consents to this request.

    Accordingly, if this request meets with the Court's approval, we respectfully request that the Court so order this letter.

                                                Respectfully submitted,

                                                */s/ Amy Luria*
                                                Amy Luria
                                                Critchley, Kinum & Luria, LLC