

**Steven I. Adler, Esq.**
Mandelbaum Barrett PC
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
sadler@mblawfirm.com
T: 973.243.7936
F: 973.325.7467

August 28, 2023

**VIA ECF**
The Honorable Michael A. Shipp, U.S.D.J.
United States District Court— District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse, Courtroom 5W
402 East State Street
Trenton, New Jersey 08608

        **Re: CC Ford Group West, LLC v. Johnson et, al.**
        **Case No.:3:22-cv-04143**

Dear Judge Shipp:

    This office represents Plaintiff CC Ford Group West, LLC. Plaintiff has a pending Motion to Dismiss before the Court returnable next Tuesday, September 5, 2023. Due to a conflict with trial dates over the last month and specifically this week, Plaintiff requests a one-week extension of the due date for its reply brief on the Motion to Dismiss from Tuesday, August 29, 2023 to **Tuesday, September 5, 2023**. Counsel for the opposing Parties has consented to this request.

    Please have Your staff contact this office with any questions or concerns regarding this request.

        Respectfully submitted,
        **MANDELBAUM BARRETT PC**

        *Steven I. Adler*
        STEVEN I. ADLER

cc:    All Counsel of Record (*via ECF*)