UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **CC FORD GROUP, LLC,** | : | |
| | : | Civil Action No. 22-4143 (MAS)(DEA) |
| Plaintiff(s), | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| **JENNIFER JOHNSON, et al.** | : | |
| | : | |
| Defendant(s). | : | |
| | : | |

    This matter comes before the Court by way of a December 6, 2023 joint status letter from the parties and a November 7, 2023 letter from Plaintiff regarding a dispute over confidentiality designations. The parties advise the Court that Plaintiff and all Defendants, as well as the proposed Defendants that Plaintiff seeks to add in a Second Amended Complaint, have agreed to participate in a mediation before the Hon. James J. DeLuca, J.S.C. (ret.). The parties are in the process of scheduling that mediation, and it is expected that the mediation will take place in or about January 2024. Additionally, Plaintiff advises that since the filing of its presently-pending motion for leave to file a Second Amended Complaint, Plaintiff has learned of new facts that it seeks to add to its pleading. Further, Plaintiff seeks guidance from the Court as to the manner in which it should submit documents for the Court's review with respect to a dispute over confidentiality designations. Consequently,

    **IT IS** on this 11th day of December 2023

**ORDERED** that, for reasons of judicial economy and to conserve the resources of the parties, this matter is stayed pending completion of the mediation, and <u>the Clerk is to terminate this matter from the active docket</u>; and it is further

**ORDERED** that Plaintiff's motion seeking leave to file a Second Amended Complaint [ECF No. 52] is terminated and, upon the lifting of the stay, Plaintiff may re-file its motion with its updated proposed pleading; and it is further

**ORDERED** that, with respect to the parties' dispute over confidentiality designations, upon the lifting of the stay, the disputed documents may be submitted to the Court *in camera* for review and, therefore, no motion to seal is required; and it is further

**ORDERED** that <u>the parties are to submit a joint status report promptly upon the conclusion of the mediation or, in any event, by February 1, 2024</u>. If this matter is to be reopened, the parties are to advise the Court which, if any, presently-pending motions are to be re-listed on the motion calendar.

<u>*s/ Douglas E. Arpert*</u><br>
DOUGLAS E. ARPERT<br>
United States Magistrate Judge