

**Janine Matton, Esq.**
Mandelbaum Barrett PC
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
jmatton@mblawfirm.com
T:  973.736.4600
F: 973.325.7467

January 24, 2024

**By ECF Filing**
The Hon. Douglas E. Arpert, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 6W
Trenton, New Jersey 08608

      **Re: CC Ford Group West, LLC v. Johnson, Project Velocity, Inc., et al.
      3:22-cv-04143 — Subpoena to Verizon Wireless**

Dear Judge Arpert:

      This law firm represents Plaintiff CC Ford Group West, LLC ("**Plaintiff**" or "**CCFW**"), and Counterclaim Defendant John Studdiford in this matter.  We write to advise you that today we are issuing a Subpoena for documents to Verizon Wireless requesting text communications and talk logs for four (4) line numbers under Defendant Jennifer Johnson's Verizon Account. We have learned that in the past few days Defendant Johnson requested that Verizon suspend one of her lines.  While we do not want to be in violation of the Court's order staying the matter, Plaintiff is concerned that these records will not be maintained by Verizon.  Plaintiff has no objection to waiting for the deposition or documents, but we want Verizon to put a litigation hold on the records so that, if the matter does not settle at mediation, the records will still be available.

      Respectfully submitted,

      */s Janine N. Matton*

      JANINE N. MATTON

Cc:  All Counsel of Record via ECF