UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CC FORD GROUP WEST, LLC,<br><br>        Plaintiff/Counter-Defendant,<br><br>v.<br><br>JENNIFER JOHNSON, CARRIE BICKING, BETH WEILER, PROJECT VELOCITY, INC., and JOHN DOES 1-10,<br><br>        Defendants/Counterclaimants.<br><br>JENNIFER JOHNSON and PROJECT VELOCITY, INC.,<br><br>        Third-Party Plaintiffs,<br><br>v.<br><br>JOHN STUDDIFORD,<br><br>        Third-Party Defendant. | Case No. 3:22-cv-04143<br><br>**PROPOSED ORDER AMENDING AND SUPPLEMENTING PLAINTIFF'S AMENDED COMPLAINT** |

**THIS MATTER** having been submitted to this Court by Plaintiff CC Ford Group West, LLC ("Plaintiff"), by and through its counsel Mandelbaum Barrett, P.C., for an Order pursuant to Rules 15(a) and 15(d) of the Federal Rules of Civil Procedure granting leave to file and serve Plaintiff's Second Amended and Supplemental Complaint, and the Court having reviewed the foregoing submissions and all opposition papers, if any, and for good cause having been shown,

    **IT IS** on this _____ day of _____, 2024, hereby

    **ORDERED** that Plaintiff's Motion for Leave to Amend and Supplement the Amended Complaint is **GRANTED**; and it is further

-2-

**ORDERED** that Plaintiff shall file and serve its Second Amended and Supplemental Complaint within five (5) business days of this Order.

                                                Hon. Michael A. Shipp, U.S.D.J.