# CRITCHLEY, KINUM & LURIA, LLC

ATTORNEYS AT LAW
75 LIVINGSTON AVENUE – SUITE 303
ROSELAND, NEW JERSEY 07068

MICHAEL CRITCHLEY
MICHAEL CRITCHLEY, JR.
CHRISTOPHER W. KINUM
AMY LURIA
ARMANDO B. SUÁREZ

JULIET M. SCHOLES

(973) 422 – 9200

FAX: (973) 422 – 9700

www.critchleylaw.com

August 2, 2024

**VIA ECF**

The Honorable Tonianne J. Bongiovanni
United States District Court
District of New Jersey

      Re:    *CC Ford Group West, LLC v. Jennifer Johnson, Project Velocity, Inc., et al.*
             3:22-cv-04143

Dear Judge Bongiovanni:

    Along with Slarskey LLC, we represent Defendants Jennifer Johnson and Project Velocity, Inc. ("Defendants") in the above-referenced case (the "Action"). We write to request an extension of the current briefing schedule of Plaintiff's Motion to Amend.

    On July 26, 2024, Plaintiff filed a Motion for Leave to File Second Amended Complaint (the "Motion"). (Doc. 85). The Court set the Motion return date to August 19, 2024. Defendants' opposition is currently due on August 5, 2024, and Plaintiff's Reply is due on August 12, 2024.

    Due to scheduling concerns, Defendants requested that the briefing schedule for the Motion be extended one-motion cycle. Plaintiff consented to the request.

    Accordingly, we respectfully request that the Court so order that the Motion's return date be extended one motion cycle to September 3, 2024, with Defendants' opposition due on August 20, 2024 and Plaintiff's reply due on August 27, 2024. We thank the Court for its time and attention to this matter.

                                      Respectfully submitted,

                                      */s/ Amy Luria*
                                      Amy Luria, Esq.

SO ORDERED:

_____
Tonianne J. Bongiovanni, U.S.M.J.
Dated: