UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CC FORD GROUP WEST, LLC, : | |
| : | |
| Plaintiff, : | Civil Action No. 3:22-cv-04143 |
| v. : | |
| : | **STIPULATION** |
| JENNIFER JOHNSON, CARRIE BICKING, : | |
| BETH WEILER, PROJECT VELOCITY, INC., : | **TO NOT OPPOSE PLAINTIFF'S** |
| AND JOHN DOES 1-10 : | **MOTION TO FILE A SECOND** |
| : | **AMENDED COMPLAINT AND** |
| Defendants. : | |
| : | **CONSENT TO EXTENSION OF** |
| | **DEFENDANTS' TIME TO MOVE** |
| | **TO DISMISS THE SECOND** |
| | **AMENDED COMPLAINT** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on July 27, 2024 Plaintiff CC Ford Group West, LLC ("CCFW" or "Plaintiff") filed a motion for leave to file a Second Amended Complaint ("SAC") [ECF-85]; and

WHEREAS, Plaintiff's motion for leave to amend is returnable on September 3, 2024; and

WHEREAS, Jennifer Johnson, Project Velocity Inc., Carrie Bicking and Beth Weiler (collectively, "the Current Defendants"), upon the conditions set forth below, do not oppose Plaintiff's motion for leave to file the SAC; now, therefore,

IT IS HEREBY STIPULATED AND AGREED by the Parties, as confirmed by the signatures of their counsel below, that the Current Defendants preserve all arguments to the extent they wish to file a motion to dismiss the SAC and;

IT IS FURTHER STIPULATED AND AGREED that the parties will set the Current Defendants' answer/motion to dismiss due date based on a date convenient for all parties once the newly added defendants are served.

DATED:  Roseland, New Jersey          DATED:  New York, New York

September 4, 2024, 2024                         September 4, 2024

2

| | |
|---|---|
| **MANDELBAUM BARRETT PC** | **CRITCHLEY, KINUM & LURIA, LLC** |
| By: __/s/ Steven I. Adler__ | By: _/s A. Luria_ |
| Steven I. Adler | Amy Luria |
| 3 Becker Farm Road, Suite 105 | 75 Livingston Ave. |
| Roseland, New Jersey 07068 | Roseland, NJ 07068 |
| (973) 243-7930 | (973) 422-9200 |
| sadler@mblawfirm.com | aluria@critchleylaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendants Jennifer Johnson and Project Velocity Inc.* |

**MCELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP**

By: __/s/ William F. O'Connor__
*William F. O'Connor, Jr., Esq*
*1300 Mount Kemble Avenue*
*P.O. Box 2075*
*Morristown, New Jersey 07962-2075*
*(973) 993-8100*
*Counsel for Defendants Carrie Bicking and Beth Weiler*


SO ORDERED


_____
Shipp, Michael A., U.S.D.J.

2

4878-2893-4625, v. 1