Amy Luria, Esq.
CRITCHLEY, KINUM & LURIA, LLC
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 422-9200
*Attorneys for Defendants*
*Jennifer Johnson and Project Velocity Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CC FORD GROUP WEST, LLC | |
| Plaintiff, | Case No. 3:22-cv-04143 |
| v. | **ORDER GRANTING PRO HAC VICE ADMISSION** |
| JENNIFER JOHNSON, CARRIE BICKING, BETH WEILER, PROJECT VELOCITY, INC., and JOHN DOES 1-10, | |
| Defendants, | |
| v. | |
| JOHN STUDDIFORD, | |
| Counterclaim-Defendant. | |

**THIS MATTER** having been opened to the Court by Critchley, Kinum & Luria, LLC, counsel for Defendant Jennifer Johnson upon application for the entry of an Order admitting *pro hac vice* Adam D. Hollander of the law firm Slarskey LLC; and Plaintiff having consented to said application; and the Court having considered all papers filed in support of said application; and for good cause having been shown;

IT IS on this __11th__ day of __September__ 2024,

**ORDERED** that Defendants' application for the *pro hac vice* admission of Adam D. Hollander is hereby GRANTED; and it is further

**ORDERED** that Adam D. Hollander is hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of and representing Defendants in this matter; and it is further

**ORDERED** that Adam D. Hollander shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that Adam D. Hollander shall, for the duration of the time that he serves as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Adam D. Hollander shall notify the Court immediately of any disciplinary matter affecting her standing at the bar of any jurisdiction; and it is further

**ORDERED** that Adam D. Hollander shall have all pleadings, briefs and other papers filed with the Court in this matter signed by an attorney at law of this Court pursuant to Local Civil Rule 101.1(c)(4).

**SO ORDERED.**

s/Tonianne J. Bongiovanni
Hon. Tonianne J. Bongiovanni
United States Magistrate Judge

**[Docket Entry No. 93 is terminated.]**