UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------X
CC FORD GROUP WEST, LLC,

          Plaintiff,

    -against-

JENNIFER JOHNSON, CARRIE BICKING,
BETH WEILER, PROJECT VELOCITY, INC.,
PROJECT VOLOCITY PARTNERS, LLC,
MEREDITH MANNING, PHARMAESSENTIA
USA CORP., MATTHEW ORNELAS-KUH, and
JOHN DOES 1-10.

          Defendants.
-------------------------------------------------------------------X

Civil Action No. 3:22-cv-04143

So Ordered this 24th day of October, 2024.

## STIPULATION EXTENDING TIME TO OBJECT AND/OR RESPOND TO PLAINTIFF'S SUBPOENA SERVED ON NON-PARTY QRAL GROUP LLC

Plaintiff, CC FORD GROUP WEST, LLC, and Non-Party, QRAL GROUP LLC, by and through their undersigned counsel, who are duly authorized to enter into this STIPULATION, hereby agree as follows:

The time for the Non-Party QRAL GROUP LLC to object, respond and/or move with regard to the Plaintiff's Subpoena *Ducs Tecum* dated October 2, 2024 and directed and served upon Non-Party QRAL GROUP LLC is hereby extended to November 5, 2024.

MANDELBAUM BARRETT
*Attorneys for Plaintiff*
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
973-243-7930

By: _____
    Steven I. Adler

Dated: October 17, 2024

ANDREW P. BELL, ESQ.
*Attorneys for Non-Party Qral Group LLC*
PO Box 220172
Great Neck, New York 11022
(516) 672-0878

By: _____
    Andrew P. Bell

Dated: October 17, 2024