IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CC FORD GROUP WEST, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>JENNIFER JOHNSON, CARRIE BICKING, BETH WEILER, PROJECT VELOCITY, INC., PROJECT VELOCITY PARTNERS, LLC, MEREDITH MANNING, PHARMAESSENTIA USA CORP., MATTHEW ORNELAS-KUH, and JOHN DOES 1-10,<br><br>*Defendants*. | No. 3:22-cv-04143 (MAS/TJB) |

## [PROPOSED] STIPULATION AND ORDER TO EXCEED PAGE LIMITS FOR COMBINED MEMORADA IN SUPPORT OF AND IN OPPOSITION TO PHARMAESSENTIA'S AND MEREDITH MANNING'S MOTIONS TO DISMISS

**WHEREAS**, on September 6, 2024, Plaintiff CC Ford Group West, LLC ("CCFW" or "Plaintiff") filed a Second Amended Complaint ("SAC") in this matter (ECF-92);

**WHEREAS**, on November 8, 2024, Defendant PharmaEssentia USA Corp. ("PEC") filed a request for leave to file excess pages, to wit: a combined memorandum in support of PEC's motion to dismiss and Defendant Meredith Manning's motion to dismiss not to exceed 45 pages (using 12-point proportional font);

**WHEREAS**, Plaintiff does not oppose PEC and Manning's request to file a combined memorandum not to exceed 45 pages, provided that Plaintiff can file a combined opposition to PEC's and Manning's motions to dismiss not to exceed 45 pages (using 12-point proportional font);

**WHEREAS**, PEC and Manning do not oppose Plaintiff filing an opposition to PEC's and Manning's motions to dismiss not to exceed 45 pages (using 12-point proportional font); and

**WHEREAS**, Plaintiff does not oppose PEC and Manning filing a combined reply brief not to exceed 15 pages (using 12-point proportional font).

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff, PEC, and Manning that:

(1) Defendant PEC and Defendant Manning may file a combined memorandum in support of their motions to dismiss not to exceed 45 pages (using 12-point proportional font);

(2) Plaintiff may file a combined opposition to Defendant PEC's and Defendant Manning's combined motions to dismiss not to exceed 45 pages (using 12-point proportional font); and

(3) Defendant PEC and Defendant Manning may file a combined reply brief not to exceed 15 pages (using 12-point proportional font).

DATED: November 15, 2024

**MANDELBAUM BARRETT PC**

By: __/s/_____
Steven I. Adler
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
(973) 243-7930
sadler@mblawfirm.com
*Attorney for Plaintiff* **CC Ford Group West, LLC**

| | |
|---|---|
| **ARNOLD & PORTER KAYE SCHOLLER** | **CLARICK GUERON REISBAUM LLP** |
| By: __/s_____ | By: __/s_____ |
| Samuel Lonergan, Esq. | Nicole Gueron, Esq. |
| 250 W. 55th Street | 220 Fifth Avenue, 14th Floor |
| New York, NY 10019 | New York, N.Y. 10001 |
| (212) 836-7591 | (212) 633-4310 (main) |
| samuel.lonergan@arnoldporter.com | ngueron@cgr-law.com |
| *Attorney for Defendant PharmaEssentia USA Corp.* | *Attorney for Defendant Meredith Manning* |

**SO ORDERED**

_____
Bongiovanni, Tonianne J., U.S.M.J.

2