Amy Luria, Esq.
CRITCHLEY & LURIA, LLC
75 Livingston Ave., Suite 303
Roseland, NJ  07068
(973) 422-9200

*Attorneys for Defendants Jennifer Johnson, Project Velocity Inc. and Project Velocity Partners, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CC FORD GROUP WEST, LLC, | |
| Plaintiff, | Case No. 3:22-cv-04143 |
| v. | **NOTICE OF DEFENDANTS'** |
| JENNIFER JOHNSON, CARRIE BICKING, BETH WEILER, PROJECT VELOCITY, INC., PROJECT VELOCITY PARTNERS, LLC, MEREDITH MANNING, PHARMAESSENTIA USA CORP., MATTHEW ORNELAS-KUH, and JOHN DOES 1-10, | **MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| | **Return Date:** January 6, 2025 |
| Defendants, | |
| v. | |
| JOHN STUDDIFORD, | |
| Counterclaim-Defendant | |

**PLEASE TAKE NOTICE** that on January 6, 2025 at 9:00 A.M. or on such date and time set by the Court, Defendants Jennifer Johnson ("Johnson"), Project Velocity, Inc. ("PVI"), and Project Velocity Partners, LLC ("PVP" and with Johnson and PVI, "PVI Defendants"), by their counsel Critchley & Luria, LLC and Slarskey LLC, shall move before the Honorable Michael A. Shipp, U.S.D.J. at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ, for the entry of an Order granting Defendants' Motion to Dismiss pursuant

to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim, with prejudice.

**PLEASE TAKE FURTHER NOTICE** the PVI Defendants shall rely upon the accompanying Brief, Certification of Counsel, all prior pleadings and motions filed herein. The PVI Defendants respectfully request Oral argument if opposition is timely filed.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 7.1(d), the PVI Defendants have filed a propose form of Order granting this motion.

Dated: November 18, 2024            **CRITCHLEY KINUM & LURIA, LLC**

By: /s/ Amy Luria
Amy Luria
75 Livingston Ave., Suite 303
Roseland, NJ 07068
(973) 422-9200

SLARSKEY LLC
David Slarskey (pro hac vice)
Adam Hollander (pro hac vice)
Kimberly Grinberg (pro hac vice)
767 Third Avenue, 14th Floor
New York, NY 10017

*Counsel to Defendants Jennifer Johnson, Project Velocity Inc. and Project Velocity Partners, LLC*