William F. O'Connor, Jr.
**MCELROY, DEUTSCH, MULVANEY
& CARPENTER LLP**
1300 Mount Kemble Ave.
P.O. Box. 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
*Attorneys for Defendants Carrie Bicking and Beth Weiler*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

| | |
|---|---|
| CC FORD GROUP WEST, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER JOHNSON, CARRIE BICKING, BETH WEILER, PROJECT VELOCITY, INC. and JOHN DOES 1-10,<br><br>Defendants. | CIVIL ACTION NO. 3:22-cv-04143<br><br>**Oral Argument Requested**<br><br>**Motion Return Date:  January 6, 2025** |

**STATEMENT IN LIEU OF REPLY BRIEF IN FURTHER SUPPORT OF MOTION
TO DISMISS SECOND AMENDED AND SUPPLEMENTAL COMPLAINT ON
BEHALF OF DEFENDANTS CARRIE BICKING AND BETH WEILER**

Pursuant to Local Civil Rule 7.1(d)(4), Defendants Carrie Bicking and Beth Weiler ("Defendants") respectfully submit that no reply brief is necessary in support of their Motion to Dismiss Plaintiff's Second Amended and Supplemental Complaint, inasmuch as Defendants rely on and adopt the reply brief and other supporting papers filed by Jennifer Johnson and Project Velocity, Inc. (collectively, "Johnson") (ECF No. 127), seeking the same relief in this matter. The legal arguments set forth by Johnson as to dismissal apply equally to the same claims against Defendants Bicking and Weiler.

Dated:  December 19, 2024                              Respectfully submitted,

*s/ William F. O'Connor, Jr.*
William F. O'Connor, Jr.
MCELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
Telephone:  (973) 993-8100

*Attorneys for Defendants*
*Carrie Bicking and Beth Weiler*