UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CC FORD GROUP WEST, LLC,

*Plaintiffs,*

vs.

JENNIFER JOHNSON, CARRIE BICKING, BETH WEILER, PROJECT VELOCITY, INC., PROJECT VELOCITY PARTNERS, LLC, MEREDITH MANNING, PHARMAESSENTIA USA CORP., MATTHEW ORNELAS-KUH, and JOHN DOES 1-10;

*Defendants.*

CASE NO. 3:22-cv-04143

*Civil Action*

**CERTIFICATION OF AMANDA J. WONG**

I, Amanda J. Wong, hereby certify:

1. I am an attorney at the law firm Clarick Gueron Reisbaum LLC, 220 Fifth Avenue, 14th Floor, New York, New York, 10001, I am a member in good standing of the New York Bar, having been admitted in 2020. I make this Certification in support of the application for my admission to practice in this matter *pro hac vice* on behalf of defendant, Meredith Manning.

2. If admitted, I will be working with Michael J. Quinn, Esquire, Shareholder of the firm of Lavin, Cedrone, Graver, Boyd & DiSipio, counsel of record for defendant, Meredith Manning.

3. If admitted, I will make the required payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and Local Civil Rule 101.1(c)(2) for any year that I represent a client in a matter pending before this court.

4. If admitted, I will make the required payment to the Clerk of the United States District Court for the District of New Jersey as provided by local Civil Rule 101.1(c)(3).

5. All pleadings, briefs, and other papers filed with the Court shall be signed by an attorney of the law firm, Lavin, Cedrone, Graver, Boyd & DiSipio admitted to the Bar of the

State of New Jersey and this Court, who shall be held responsible for them and my conduct in this matter.

6. Pursuant to Local Civil Rule 101.1(c)(1), I declare that I was admitted to practice law and am a member in good standing of the following bars:

| Bar/Court Name | Name/Address of the Official Maintaining the Roll of Member of the Bar | Year of Admission |
|---|---|---|
| State of New York | 27 Madison Avenue, New York, New York 10010 | 2020 |
| U.S. District Court for the Southern District Court of New York | 500 Pearl Street, New York, New York 10007 | 2021 |

7. Presently, there are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed upon me in any jurisdiction.

8. If admitted, I shall familiarize myself with the Local Rules of this Court and submit myself to its disciplinary authority as provided by Local Civil Rule 101.1.

9. If admitted, I will abide by the requirements of Local Civil Rule 101.1(c).

10. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and accurate.

/s/ Amanda J. Wong
Amanda J. Wong

Dated: January 17, 2025.