UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CC FORD GROUP WEST, LLC,<br><br>*Plaintiffs,*<br><br>vs.<br><br>JENNIFER JOHNSON, CARRIE BICKING, BETH WEILER, PROJECT VELOCITY, INC., PROJECT VELOCITY PARTNERS, LLC, MEREDITH MANNING, PHARMAESSENTIA USA CORP., MATTHEW ORNELAS-KUH, and JOHN DOES 1-10;<br><br>*Defendants.* | CASE NO. 3:22-cv-04143 (MAS) (TJB)<br><br>*Civil Action*<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. Because admission was granted after March 1, 2024, the Admission Fee, in the amount of $250.00, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

*/s/ Michael J. Quinn*
_____
Michael J. Quinn

PRO HAC VICE ATTORNEY INFORMATION:

Amanda Wong, Esquire
Clarick Gueron Reisbaum LLP
41 Madison Avenue, 23rd Floor
New York, New York 10010

E-mail: awong@cgr-law.com
(One email address only)

155259v1