# EXHIBIT 4

**Sent:** Sunday, September 22, 2024 11:38 AM
**To:** David Slarskey <dslarskey@slarskey.com>
**Cc:** Kimberly Grinberg <kgrinberg@slarskey.com>; Amy Luria <aluria@critchleylaw.com>; Steven I. Adler <sadler@mblawfirm.com>; Todd M. Nosher <tnosher@mblawfirm.com>
**Subject:** RE: CC Ford Group West, LLC v. Jennifer Johnson, Project Velocity, Inc., et al. 3:22-cv-04143 -

Thank you, David. We are agreeable to those same terms. Attached please find the notice and waiver forms for PVP.

Also, will you accept service on behalf of Matthew Ornelas-Kuh?

Best,
Janine


**Janine Matton | Counsel**

(973) 295-3651 | jmatton@mblawfirm.com

**Mandelbaum Barrett PC**
www.mblawfirm.com

3 Becker Farm Road Roseland, NJ 07068
570 Lexington Avenue, 21st Floor New York, NY 10022


This email and any attachments are intended solely for the recipient to whom it is addressed. It may also be an attorney-

1