# EXHIBIT 5

**From:** Janine Matton <jmatton@mblawfirm.com>
**Sent:** Tuesday, September 24, 2024 2:50 PM
**To:** dslarskey@slarskey.com
**Cc:** Amy Luria <aluria@critchleylaw.com>; Kimberly Grinberg <kgrinberg@slarskey.com>; Steven I. Adler <sadler@mblawfirm.com>; Todd M. Nosher <tnosher@mblawfirm.com>
**Subject:** FW: CC Ford Group West, LLC v. Jennifer Johnson, Project Velocity, Inc., et al. 3:22-cv-04143 -

David,

Following up on the below. Please advise if you will accept service for Matthew Ornelas-Kuh.

Thank you,
Janine


**Janine Matton | Counsel**

(973) 295-3651 | jmatton@mblawfirm.com

Mandelbaum Barrett PC
www.mblawfirm.com

3 Becker Farm Road
Roseland, NJ 07068

570 Lexington Avenue, 21st Floor
New York, NY 10022

*This email and any attachments are intended solely for the recipient to whom it is addressed. It may also be an attorney-client*

1

*communication, and as such is privileged and confidential. Any unauthorized review, use, disclosure or copying of this message is strictly prohibited. If you are not the intended recipient or have received this email in error, delete it immediately and notify the sender.*

**From:** Janine Matton <jmatton@mblawfirm.com>
**Sent:** Sunday, September 22, 2024 11:38 AM
**To:** David Slarskey <dslarskey@slarskey.com>
**Cc:** Kimberly Grinberg <kgrinberg@slarskey.com>; Amy Luria <aluria@critchleylaw.com>; Steven I. Adler <sadler@mblawfirm.com>; Todd M. Nosher <tnosher@mblawfirm.com>
**Subject:** RE: CC Ford Group West, LLC v. Jennifer Johnson, Project Velocity, Inc., et al. 3:22-cv-04143 -

Thank you, David. We are agreeable to those same terms. Attached please find the notice and waiver forms for PVP.

Also, will you accept service on behalf of Matthew Ornelas-Kuh?

Best,
Janine


**Janine Matton | Counsel**

(973) 295-3651 | jmatton@mblawfirm.com

**Mandelbaum Barrett PC**
www.mblawfirm.com

3 Becker Farm Road Roseland, NJ 07068
570 Lexington Avenue, 21st Floor New York, NY 10022


This email and any attachments are intended solely for the recipient to whom it is addressed. It may also be an attorney-client communication, and as such is privileged and confidential. Any unauthorized review, use, disclosure or copying of this message is strictly prohibited. If you are not the intended recipient or have received this email in error, delete it immediately and notify the sender.