# EXHIBIT 6

**From:** David Slarskey <dslarskey@slarskey.com>
**Sent:** Tuesday, September 24, 2024 3:36 PM
**To:** Janine Matton <jmatton@mblawfirm.com>
**Cc:** Amy Luria <aluria@critchleylaw.com>; Kimberly Grinberg <kgrinberg@slarskey.com>; Steven I. Adler <sadler@mblawfirm.com>; Todd M. Nosher <tnosher@mblawfirm.com>
**Subject:** Re: FW: CC Ford Group West, LLC v. Jennifer Johnson, Project Velocity, Inc., et al. 3:22-cv-04143 -

> **[CAUTION: External Email]** This message is from an external source. Be cautious with links and attachments. If you don't recognize the sender or doubt the content's safety, avoid interaction. Suspected fraud? Use the "Phish Alert Report" on the MS Outlook toolbar to report it.

I don't have an answer for you yet.


David Slarskey
Attorney
Slarskey LLC
767 Third Avenue, 14th Floor
New York, NY  10017
(212) 658-0661 (main) / (646) 893-6082 (direct)
dslarskey@slarskey.com

This message may contain privileged and confidential material subject to the attorney client privilege or other protections. If the message was not intended for you, please advise the sender and delete the

message. No waiver of any applicable privilege or protection is intended by the inadvertent delivery of this message to an unintended recipient.

On Tue, Sep 24, 2024 at 2:50 PM Janine Matton <jmatton@mblawfirm.com> wrote:

David,

Following up on the below. Please advise if you will accept service for Matthew Ornelas-Kuh.

Thank you,

Janine

**Janine Matton | Counsel**

(973) 295-3651 | jmatton@mblawfirm.com

Mandelbaum Barrett PC
www.mblawfirm.com

3 Becker Farm Road
Roseland, NJ 07068

570 Lexington Avenue, 21st Floor
New York, NY 10022

*This email and any attachments are intended solely for the recipient to whom it is addressed. It may also be an attorney-client communication, and as such is privileged and confidential. Any unauthorized review, use, disclosure or copying of this message is strictly prohibited. If you are not the intended recipient or have received this email in error, delete it immediately and notify the sender.*

**From:** Janine Matton <jmatton@mblawfirm.com>
**Sent:** Sunday, September 22, 2024 11:38 AM
**To:** David Slarskey <dslarskey@slarskey.com>
**Cc:** Kimberly Grinberg <kgrinberg@slarskey.com>; Amy Luria <aluria@critchleylaw.com>; Steven I. Adler <sadler@mblawfirm.com>; Todd M. Nosher <tnosher@mblawfirm.com>
**Subject:** RE: CC Ford Group West, LLC v. Jennifer Johnson, Project Velocity, Inc., et al. 3:22-cv-04143 -

Thank you, David. We are agreeable to those same terms. Attached please find the notice and waiver forms for PVP.

2

Also, will you accept service on behalf of Matthew Ornelas-Kuh?

Best,

Janine

**Janine Matton | Counsel**

(973) 295-3651 | jmatton@mblawfirm.com

**Mandelbaum Barrett PC**
www.mblawfirm.com

3 Becker Farm Road Roseland, NJ 07068
570 Lexington Avenue, 21st Floor New York, NY 10022

This email and any attachments are intended solely for the recipient to whom it is addressed. It may also be an attorney-client communication, and as such is privileged and confidential. Any unauthorized review, use, disclosure or copying of this message is strictly prohibited. If you are not the intended recipient or have received this email in error, delete it immediately and notify the sender.