# EXHIBIT 7

Civil Action No. 3:22-cv-04143

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Matthew Ornelas-Kuh
was received by me on *(date)* 02/05/2025.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Edward Lowell
, a person of suitable age and discretion who resides there,
on *(date)* 03/01/2025 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/03/2025

*Jorge Mendez*
*Server's signature*

Jorge Mendez, Process Server
*Printed name and title*

4101 McGowen Street
Long Beach, CA 90808

*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset