# EXHIBIT 8

**From:** William F. O'Connor, Jr. <WOconnor@mdmc-law.com>
**Sent:** Monday, March 24, 2025 4:18 PM
**To:** Steven I. Adler <sadler@mblawfirm.com>; Todd M. Nosher <tnosher@mblawfirm.com>
**Subject:** CC Ford v. Johnson et als.

> **[CAUTION: External Email]** Be wary of links and attachments. If the sender is unfamiliar or the content seems suspicious, do not engage. Report suspected fraud via the "Phish Alert Report" in Outlook.

Please see the attached.

# McElroy Deutsch

**William F. O'Connor, Jr.**
Partner

1300 Mount Kemble Avenue
Morristown, New Jersey 07962-2075

**WOconnor@mdmc-law.com**
**T:** 973-425-8808  **F:** 973-425-0161
**mdmc-law.com**

  

The information contained in this message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have

1

# McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
T: 973.993.8100 | F: 973.425.0161
**MDMC-LAW.COM**

WILLIAM F. O'CONNOR, JR.
Direct Dial: (973) 425-8808
woconnor@mdmc-law.com

March 24, 2025

**VIA ELECTRONIC MAIL**
Steven I. Adler, Esq.
Mandelbaum Barrett PC
3 Becker Farm Road, Suite 105
Roseland, NJ 07068

Re:  CC Ford Group West, LLC v. Johnson, et als.
     Civil Action No.: 3:22-cv-04143
     MDMC File No. P1166-1001

Dear Mr. Adler:

Our firm has been retained to represent Matthew Ornelas-Kuh in this matter. On March 18, 2025, you filed a Proof of Service with the Court representing that your process server, Jorge Mendez, served the Second Amended Complaint on Mr. Ornelas-Kuh on March 1, 2025. That representation is wrong.

As a threshold matter, your attempt to serve Mr. Ornelas-Kuh is untimely. The Court directed you to promptly serve Mr. Ornelas-Kuh last summer upon the filing of the Second Amended Complaint. You failed to do so. Moreover, Fed.R.Civ.P. 4(m) requires service of process within 90 days after a Complaint is filed. Clearly, your attempt to serve Mr. Ornelas-Kuh nearly 6 months after filing the Second Amended Complaint is improper.

Notwithstanding the representation contained in the Proof of Service, Mr. Mendez did **not** properly serve Mr. Ornelas-Kuh. Mr. Mendez apparently attempted to serve Mr. Ornelas-Kuh at an address in California by trying to leave a copy of the Summons and Second Amended Complaint with an individual named Edward Lowell. The address in question is 78694 Como Court, La Quinta, California 92253. However, Mr. Mendez did not leave anything with Mr. Lowell. He simply left the papers on the front lawn. *More importantly, Mr. Ornelas-Kuh does not reside at that address and has never resided at that address.* Thus, the representation in the Proof of Service is false. You have not served Mr. Ornelas-Kuh with the Second Amended Complaint.

Please be guided accordingly.

Very truly yours,

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

William F. O'Connor, Jr.