# EXHIBIT 10

**From:** Lillian Gasparini <lgasparini@mblawfirm.com>
**Sent:** Thursday, October 3, 2024 3:55 PM
**To:** Amy Luria <aluria@critchleylaw.com>; dslarskey@slarskey.com; Kimberly Grinberg <kgrinberg@slarskey.com>; William F. O'Connor, Jr. <WOconnor@mdmc-law.com>; Samuel.Lonergan@arnoldporter.com; Nicole Gueron <ngueron@cgr-law.com>; matthew.ornelas-kuh@gmail.com
**Cc:** Steven I. Adler <sadler@mblawfirm.com>; Todd M. Nosher <tnosher@mblawfirm.com>; Janine Matton <jmatton@mblawfirm.com>
**Subject:** CC Ford Group West, LLC v. Johnson et al.

Dear Counsel:

    Attached please find notice of the re-issued Subpoena to Qral Group LLC.

Thank you,
Lillian Gasparini
On behalf of Steven I. Adler, Esq.

**Lillian Gasparini | Legal Assistant**
(973) 243-7950 | lgasparini@mblawfirm.com

**Mandelbaum Barrett PC**
3 Becker Farm Road, Suite 105 Roseland, NJ 07068
www.mblawfirm.com

This email and any attachments are intended solely for the recipient to whom it is addressed. It may also be an attorney-client communication, and as such is privileged dond confidential. Any unauthorized review, use, disclosure or copying of this message is strictly prohibited. If you are not the intended recipient or have received this email in error, delete it immediately and notify the sender.