UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CC FORD GROUP WEST, LLC,

    Plaintiff,

  v.

JENNIFER JOHNSON, et al.,

    Defendants.

Civil Action No. 22-4143 (MAS) (TJB)

**ORDER**

  This matter comes before the Court on several motions to dismiss Plaintiff CC Ford Group West, LLC's ("Plaintiff" or "CCFW") Second Amended Complaint ("SAC") (ECF No. 92). Defendants PharmaEssentia USA Corporation ("PEC") and Meredith Manning ("Manning" and together with PEC, the "PEC Defendants") filed a motion to dismiss. (ECF Nos. 115, 116.) Defendants Jennifer Johnson ("Johnson"), Project Velocity Inc. ("PVI"), and Project Velocity Partners, LLC ("PVP") filed a motion to dismiss. (ECF No. 118.) Defendants Carrie Bicking ("Bicking") and Beth Weiler ("Weiler" and together with Bicking, Johnson, PVI, and PVP, the "PVI Defendants") have moved to join arguments asserted by Johnson, PVI, and PVP. (ECF No. 119.) Plaintiff opposed the PVI Defendants' motion (ECF No. 124) and the PEC Defendants' motion (ECF No. 125). The PVI Defendants and the PEC Defendants replied, respectively. (ECF Nos. 128, 129.)

The Court has carefully considered the parties' submissions and decides the motions without oral argument under Local Civil Rule 78.1(b). For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

**IT IS**, on this 30th day of June 2025, **ORDERED** as follows:

1. The PEC Defendants' Motion to Dismiss (ECF Nos. 115, 116) is **GRANTED**.

2. The PVI Defendants' Motion to Dismiss (ECF Nos. 118, 119) is **GRANTED IN PART** and **DENIED IN PART**.

3. Plaintiff must file a RICO Case Information Statement by **July 30, 2025**.

4. Plaintiff is provided thirty (30) days to file any third amended complaint to correct the deficiencies identified in the accompanying Memorandum Opinion.

*[signature]*
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE