William F. O'Connor, Jr.
**MCELROY, DEUTSCH, MULVANEY
& CARPENTER LLP**
1300 Mount Kemble Ave.
P.O. Box. 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
*Attorneys for Defendants Carrie Bicking, Beth Weiler and Matthew Ornelas-Kuh*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

| | |
|---|---|
| CC FORD GROUP WEST, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER JOHNSON, CARRIE BICKING, BETH WEILER, PROJECT VELOCITY, INC., PROJECT VELOCITY PARTNERS, LLC, MEREDITH MANNING, PHARMAESSENTIA USA CORP., MATTHEW ORNELAS-KUH, and JOHN DOES 1-10<br><br>Defendants. | CIVIL ACTION NO. 3:22-cv-04143<br><br>**NOTICE OF MOTION TO DISMISS THIRD AMENDED COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(6) ON BEHALF OF DEFENDANT MATTHEW ORNELAS-KUH**<br><br>Oral Argument Requested<br>Motion Return Date: November 17, 2025 |

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on November 17, 2025, at 9:30 a.m. or as soon thereafter as counsel may be heard, Defendant Matthew Ornelas-Kuh ("Defendant"), by and through his counsel, McElroy, Deutsch, Mulvaney & Carpenter, LLP, will move before the Honorable Michael A. Shipp, U.S.D.J., at the Clarkson S. Fisher Federal Building & U.S. Courthouse, Room #7000, 402 East State Street, Trenton, New Jersey 08608, for entry of an order dismissing Plaintiff's Third Amended Complaint, with prejudice, pursuant to Fed.R.Civ.P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant will rely on the Statement in Lieu of Brief submitted herewith, which adopts the papers filed by Co-Defendants Jennifer Johnson, Project Velocity, Inc., and Project Velocity Partners, LLC, seeking the same relief (ECF No. 164).

**PLEASE TAKE FURTHER NOTICE** that a proposed Order accompanies this motion.

Dated: October 17, 2025.

                        Respectfully submitted,

                        *s/ William F. O'Connor, Jr.*
                        William F. O'Connor, Jr.
                        MCELROY, DEUTSCH, MULVANEY
                        & CARPENTER, LLP
                        1300 Mount Kemble Avenue
                        P.O. Box 2075
                        Morristown, New Jersey 07962-2075
                        Telephone: (973) 993-8100

                        *Attorneys for Defendants*
                        *Carrie Bicking, Beth Weiler and Matthew Ornelas-Kuh*