MANDELBAUM BARRETT PC
ATTORNEYS AT LAW

**HARRISON MCAVOY**
**PARTNER**
Mandelbaum Barrett PC
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
(973) 607-1272
hmcavoy@mblawfirm.com

November 5, 2026

**VIA ECF**
The Honorable Tonianne J. Bongiovanni
United States Magistrate Judge
United States District Court
District of New Jersey
402 E. State Street, Room 6050
Trenton, New Jersey 08608

Re: *CC Ford Group West, LLC v. Johnson*, No. 22-cv-4143-MAS-TJB

Dear Judge Bongiovanni,

My firm represents Plaintiff CC Ford Group West, LLC ("Plaintiff" or "CC Ford") in the above matter. We write to request a status conference with Your Honor, to finalize any outstanding issues related to CC Ford's recently filed conformed complaint and to set a discovery schedule.

CC Ford filed its proposed conformed complaint on October 7, 2026. *See* Ex. A to McAvoy Ltr. to Court (ECF No. 211). The proposed conformed pleading has been greatly reduced and streamlined—removing nearly 40 pages, or 30 percent, of the prior complaint—to reflect the Court's April 29, 2026 decision (ECF No. 197), which dismissed three of Plaintiff's fourteen claims. Those reductions were made with substantial input from Defendants and have resulted in a pleading that only includes allegations that directly relate to, or provide important context for, live claims against the Defendants.

Accordingly, Plaintiff CC Ford requests a status conference with the Court so that any remaining issues related to the conformed complaint (to the extent any exist) can be resolved, so that the case can move forward to the discovery phase as the Court directed in its April 29, 2026 Order on Defendants' second round of motions to dismiss. Order at 3, n.1, ECF No. 186. We are available to discuss at the Court's convenience.

Respectfully submitted,

*s/ Harrison McAvoy*
Harrison McAvoy

CC: All counsel of record
(Via ECF)